Commonwealth ex rel. Delker, Appellant, *v.*
Myers.

Submitted September 13, 1965. *Robert Delker*, appellant, in propria persona;

*John Watts Barrett, Jr.,* Assistant District Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.